IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| JORGE C. ZAMORA-QUEZADA, M.D., § | | |
| M.P.H., P.A., § | | CASE NO. 16-70270 |
| § | | |
| Debtor. § | | CHAPTER 7 |

| | | |
|---|---|---|
| MICHAEL B. SCHMIDT, TRUSTEE, § | | |
| § | | |
| and § | | ADV. NO. 17-07002 |
| § | | |
| HITACHI MEDICAL SYSTEMS § | | |
| AMERICA, INC. § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| vs. § | | |
| § | | |
| JORGE C. ZAMORA-QUEZADA, *et al.,* § | | |
| § | | |
| Defendants. § | | |

### NOTICE OF ABATEMENT

Please take notice that pursuant to Judge Rodriguez's oral pronouncement at the hearing in the main bankruptcy case on February 14, 2017, all deadlines in this adversary are abated pending the Court's ruling on Debtor's Motion To Convert Chapter 7 Case To Chapter 11 Case.

Respectfully submitted

*/s/ Nathaniel Peter Holzer*
Nathaniel Peter Holzer
State Bar No. 00793971
***Jordan, Hyden, Womble, Culbreth & Holzer, P.C.***
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX 78401-0341
Telephone: (361) 884-5678
Facsimile: (361) 888-5555
pholzer@jhwclaw.com

**Attorneys for Center For Arthritis & Osteoporosis I, PA and Jorge C. Zamora-Quezada, M.D., M.P.H., P.A.**

## CERTIFICATE OF SERVICE

I certify that on February 23, 2017, a true and correct copy of the foregoing was served on the parties registered to receive notice via the Court's electronic filing system.

/s/ *Nathaniel Peter Holzer*
Nathaniel Peter Holzer